UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO

| | | | |
|---|---|---|---|
| In re: | : | Case No. | 10-61205 |
| **Thomas R Rowe, Jr.** | | | |
| **Darcy E Rowe** | : | Chapter | 13 |
| Debtor(s) | | Judge: | Preston |

# CHAPTER 13 PLAN FILED UNDER BAPCPA

**NOTE:** The term "Debtor" as used throughout this Plan shall reference either a single debtor or joint debtors.

☐ Original Plan
☒ Amended Plan; Date Amended: __12/10/10__
All pre-confirmation amendments to an original Mandatory Form Plan shall be accomplished by filing a complete Mandatory Form Plan with the changes highlighted or reflected in bold or italic typeface.

| | | |
|---|---|---|
| ☒ Above Median Income<br>☐ Below Median Income | Solvent Estate: ☐ Yes ☒ No | Dividend to Unsecured Creditors: **5%** |
| Debtor Claims to be Eligible for Discharge:<br>☒ Yes ☐ No | Joint Debtor Claims to be Eligible for Discharge:<br>☒ Yes ☐ No | |
| Debtor<br>(1) filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on __9/17/2010__ OR<br>(2) converted this case to a case under Chapter 13 on __ ("Petition Date"). | | |

**A. PAYMENTS**

    **A(1). Plan Payments.**

    The future earnings of Debtor are submitted to the supervision and control of the Trustee. Debtor shall pay the Trustee the sum of __$300.00 per month for 1 month, then $725.00 per month__ (enter all step-payments), for a period not to exceed sixty months. Debtor shall commence payments within thirty days of the Petition Date, and distributions shall begin upon confirmation pursuant to § 1326(a). The effective date of the Plan shall be the date of entry of an order confirming the Plan.

    From the payments so received, the Trustee shall make disbursements, subject to the Trustee's fee. The disbursement schedule is dependent upon receipt of regular monthly Plan payments. Any increases to monthly mortgage or escrow payments without corresponding changes to the Plan payment may impact the disbursement schedule. The Trustee is authorized within his discretion to calculate the amount and timing of distributions as is administratively efficient.

    **A(2). Pre-Confirmation Adequate Protection Payments/Lease Payments.**

    The following pre-confirmation adequate protection payments on claims secured by personal property and pre-confirmation lease payments for leases of personal property shall be paid by the Trustee, subject to his full fees, to the creditors listed below. Except as provided by § 501(c), secured creditors must file a proof of claim to receive payment. Unless otherwise ordered by the Court, payments will be reserved by the Trustee until confirmation and distributed to these creditors after confirmation. If the case is dismissed or converted prior to confirmation, the Trustee will distribute the reserved payments, pro rata, to the creditors listed below.

| Creditor | Lease/PMSI | Property Description | Monthly Adequate Protection Payment |
|---|---|---|---|
| **Columbus Metro Federal Credit Union** | PMSI | 2007 Ford Mustang<br>Good condition | $10.00 |
| **BMW Bank of North America** | PMSI | 2007 Suzuki Boulevard<br>Good condition | $10.00 |
| **Chase Manhattan** | PMSI | 2006 Chrysler Town and Country | **$10.00 per month for 1 month, $100.00 per month thereafter** |
| **Citibank Usa/Home Depot** | PMSI | washer and dryer | $5.00 |

**A(3).  Administrative Expenses, Attorney Fees, and Priority Payments.**

Administrative expenses, attorney fees, and priority payments as required by § 1326(b) shall be paid concurrently with Class 2 claims.  The total attorney fee for services as set forth in LBR 2016-1(b)(2)(A) is $ __3,500.00__ . Debtor's attorney received $ __500.00__ prior to the Petition Date.  The Trustee shall disburse a minimum monthly amount of $ __200.00__ to Debtor's attorney until the balance of $ __3,000.00__ is paid in full.  Fees for independent appraisals of real estate will be paid as administrative expenses pursuant to § 503 upon the timely filing of a proof of claim.

**B.    CLASS 1-CLAIMS SECURED BY REAL PROPERTY**

Except as set forth in section B(3), all secured creditors secured only by a security interest in real property shall retain their liens until the later of issuance of a discharge or payment of the underlying debt as determined under non-bankruptcy law.

**B(1).  Mortgage Payments Outside Plan.**

Regular monthly payments on the following mortgage claims will be paid directly by Debtor, if direct payments are permitted by LBR 3015-1(d)(1):

| Creditor | Property Address |
|---|---|
| Mortgage Electronic Registration Systems | 2682 Ashlynn Lane<br>Hilliard, OH 43026 |

**B(2).  Conduit Mortgage Payments.**

Regular mortgage payments on the following mortgage claims will be paid on a conduit basis by the Trustee, subject to his full fees, beginning with the first calendar month after the Petition Date,  if conduit payments are required by LBR 3015-1(d)(1) or proposed by Debtor.  The holder of a mortgage claim paid by conduit mortgage payments shall provide the Trustee with written notice of, or shall file an amended proof of claim for, any changes in the monthly mortgage or escrow payments during the term of the Plan. The mortgage claim holder shall also serve a copy of the written notice or amended proof of claim on Debtor and Debtor's attorney.  Upon receipt by the Trustee of such written notice, or upon the filing of an amended proof of claim, the Plan shall be deemed modified to permit the Trustee to disburse the amended conduit mortgage payment amount.

| Creditor | Property Address | Monthly Conduit Mortgage Payment |
|---|---|---|
| -NONE- | | |

**B(3).  Liens and/or Mortgages to be Paid as Unsecured Claims.**

The following claims secured by a lien and/or mortgage will be paid as unsecured claims concurrent with Class 5 general unsecured claims.  Debtor shall file a separate motion or adversary proceeding to determine: (i) whether the property listed below vests free and clear of the lien(s) and/or mortgage(s) pursuant to § 1327 or (ii) whether the lien(s) and/or mortgage(s) listed below may be avoided pursuant to other applicable provisions of the Bankruptcy Code.  Notwithstanding § 1327(a), confirmation of the Plan shall not be dispositive of:  (i) the valuation of the collateral or (ii) the secured status of the claims.  Debtor has standing and authority to file the motion or adversary proceeding; to the extent that the Trustee has standing to bring such action, standing is hereby assigned to Debtor.

| Creditor | Property Address | Motion or Adversary Proceeding to be Filed no Later Than: |
|---|---|---|
| Mortgage Electronic Registration Systems | 2682 Ashlynn Lane<br>Hilliard, OH 43026 | within 180 days after confirmation |

**NOTE:** If at any time after confirmation sufficient funds are not available to make a full monthly payment on all Class 1 claims, at the Trustee's discretion, the available funds will be distributed pro rata on Class 1 claims.  Any post-petition mortgage arrearages will be paid prior to payment of Class 2 claims.

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

### B(4). Property to be Surrendered.

Debtor will surrender the following real property and any resulting deficiency balance shall be treated as a Class 5 general unsecured claim:

| Creditor | Property Description | Estimated Deficiency Amount |
|---|---|---|
| -NONE- | | |

### C. CLASS 2—CLAIMS SECURED BY PERSONAL PROPERTY; UNEXPIRED LEASES

#### C(1). Lien Retention and Interest.

All secured creditors secured only by a security interest in personal property shall retain their liens until the earlier of issuance of a discharge or payment of the underlying debt as determined under non-bankruptcy law. Unless otherwise stipulated or provided for below, secured creditors shall be paid interest at the rate of __1__ %.

#### C(2). Claims to Which § 506 Does Not Apply

(a) Debtor shall pay the following claims in full:

| Creditor | Property Description | Purchase Date | Estimated Claim Amount | Interest Rate | Minimum Monthly Payment |
|---|---|---|---|---|---|
| Columbus Metro Federal Credit Union | 2007 Ford Mustang | 7/2008 | $19,369.00 | 4% | $10.00 |

(b) The collateral described below shall be surrendered to the secured creditor in full satisfaction of its claim:

| Secured Creditor | Property Description |
|---|---|
| -NONE- | |

#### C(3). Claims to Which § 506 Applies.

(a) Claims listed in this subsection consist of any claims secured by personal property not described above. To the extent a secured creditor's claim is in excess of the collateral value, the balance shall be treated as a Class 5 general unsecured claim. Unless otherwise stipulated or determined by order of the Court, the personal property shall be valued for purposes of § 506 at the lower of the creditor's valuation set forth on its proof of claim or the valuation set forth by Debtor in Schedule B.

| Creditor | Property Description | Purchase Date | Scheduled Value of Collateral | Interest Rate | Minimum Monthly Payment |
|---|---|---|---|---|---|
| BMW Bank of North America | 2007 Suzuki Boulevard | 5/2007 | $4,000.00 | 4% | $10.00 |
| Chase Manhattan | 2006 Chrysler Town and Country | 11/2006 | $9,162.00 | 4% | $10.00 |
| Citibank Usa/Home Depot | washer and dryer | 2006 | $500.00 | 4% | $10.00 |

(b) Debtor will surrender the following property and any resulting deficiency balance shall be treated as a Class 5 general unsecured claim:

| Creditor | Property Description | Estimated Deficiency Amount |
|---|---|---|
| -NONE- | | |

#### C(4). Executory Contracts and Vehicle Leases.

(a) Debtor rejects the following executory contract(s) and/or vehicle lease(s) and any resulting claim shall be treated as a Class 5 general unsecured claim:

| Creditor | Property Description |
|---|---|
| -NONE- | |

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - www.bestcase.com                Best Case Bankruptcy

(b)  Debtor assumes the executory contract(s) and/or vehicle lease(s) listed below.  Lease payments may only be paid by Debtor if direct payments are permitted by LBR 3015-1(c)(2).  Lease payments will be paid by the Trustee if required by LBR 3015-1(c)(2) or proposed by Debtor.

| Creditor | Property Description | Monthly Payment | To be Paid Directly by Debtor | To be Paid by Trustee |
|---|---|---|---|---|
| -NONE- | | | | |

**NOTE:** If at any time after confirmation sufficient funds are not available to make a full monthly payment on all Class 2 claims, at the Trustee's discretion, the available funds will be paid pro rata on Class 2 claims and administrative expense claims.

D.  **CLASS 3-PRIORITY CLAIMS AND DOMESTIC SUPPORT OBLIGATIONS**

   **D(1).  Priority Claims.**

Class 3 claims will be paid pro rata and concurrently with Class 4 claims.  All allowed claims entitled to priority under § 507(a) shall be paid in full unless: (i) otherwise provided for in § 1322(a), or (ii) the holder of a particular claim agrees to a different treatment of its claim.  Any and all pre-petition penalties, and post-petition penalties and interest, that have accrued or will accrue on any such claims shall be treated as Class 5 general unsecured claims and shall not be entitled to priority.

   **D(2).  Domestic Support Obligations.**

(a)  The following claims are domestic support obligations (DSOs) as defined in § 101(14A).  Debtor shall pay all post-petition DSOs directly to the holder of the claim and not through the Trustee.  Upon completion of the Plan, Debtor shall certify to the Court that all payments on post-petition DSOs have been made.  Pre-petition arrearages on DSOs shall be paid as follows:

| Creditor | Name & Address of State CSEA | Estimated Arrearage Amount | To be Paid Directly by Debtor | To be Paid by Trustee |
|---|---|---|---|---|
| -NONE- | | | | |

(b)  Name of governmental unit to which a DSO has been assigned, or is owed, or is recoverable by, and the estimated amount of the DSO:

| Creditor | Governmental Unit | Estimated DSO Amount | To be Paid Directly by Debtor | To be Paid by Trustee |
|---|---|---|---|---|
| -NONE- | | | | |

E.  **CLASS 4-SECURED CLAIMS NOT OTHERWISE DESIGNATED**

   **E(1).  Payment of Class 4 Claims.**

Class 4 claims including pre-petition mortgage arrearages, pre-petition and post-petition lease arrearages, real estate taxes and other secured claims not otherwise designated shall be paid pro rata, concurrently and in full with Class 3 claims.

**NOTE:**  No interest shall be paid on any pre-petition mortgage arrearages as part of the cure of the default if the mortgage was entered into after October 22, 1994.

   **E(2).  Pre-Petition Arrearages on Real Estate Mortgage(s).**

Debtor shall cure the following pre-petition mortgage arrearages:

| Creditors | Property Address | Estimated Arrearage Amount |
|---|---|---|
| -NONE- | | |

   **E(3).  Arrearages on Assumed Leases and Executory Contracts.**

Debtor shall cure the following arrearages on assumed leases and/or executory contracts:

| Creditor | Property Address/Description | Estimated Arrearage Amount |
|---|---|---|
| -NONE- | | |

F.  **CLASS 5-GENERAL UNSECURED CLAIMS**

   F(1).  **Unsecured Dividend.**

   After payment of allowed claims in Classes 1, 2, 3 and 4, allowed general unsecured claims shall be paid a dividend of  **5** %.

   F(2).  **Solvency.**

   If this is a solvent estate, all general unsecured claims shall be paid in full with interest at __%, unless otherwise provided.

G.  **MISCELLANEOUS PROVISIONS**

   G(1).  **Co-Debtor Claims.**

   Co-debtor claims shall be paid as marked below:

| Creditor | To be Paid by Co-Debtor as a Contingent Debt | To be Paid in Full with Interest at Rate Specified Below | To be Paid Same Dividend as General Unsecured Claims |
|---|---|---|---|
| -NONE- | | | |

   G(2).  **Sale of Property.**

   Debtor proposes to sell the real or personal property described below following Trustee and/or Court approval upon notice as required by LBR 6004-1(c)-(f).  Debtor shall commit the net proceeds as follows:

| Property Address/Description | Date by Which Sale Shall be Completed | Estimated Net Proceeds | Disposition of Net Proceeds |
|---|---|---|---|
| -NONE- | | | |

**NOTE:** The sale of any property shall comply with LBR 6004-1(c)-(f).

   G(3).  **Tax Returns.**

   ☒  If marked, all tax returns and tax reports due pre-petition have been filed.  If not, please specify:

| Tax Agency | Type of Tax | Tax Period | Date Return will be Filed |
|---|---|---|---|
| -NONE- | | | |

   G(4).  **Vesting.**

   Mark one:

   ☒  Confirmation of the Plan vests all property of the estate in Debtor free and clear of any claim or interest of any creditor provided for by the Plan pursuant to § 1327(b) and (c);

   or

   ☐  Property of the estate shall not vest in Debtor upon confirmation but shall remain property of the estate until the case is dismissed, converted, or a discharge is issued, whichever occurs first.

### G(5). Other Events

If any of the following occurs, Debtor shall fully and timely disclose the event to the Trustee and shall file any appropriate notice, application and/or motion with the Trustee and/or Court:

- Any change in marital status or child/spousal support payments;
- Any change in employment;
- Any change of address; and/or
- Any financial recovery to which Debtor becomes entitled for any reason, including without limitation, any personal injury claim, employment claim, workers' compensation claim, unemployment claim, inheritance, life insurance benefits, lottery proceeds or property settlement.

### G(6). Insurance Information.

As of the Petition Date, Debtor's property is insured as follows:

| Property Address/Description | Insurance Company | Policy Number | Full/Liability | Agent and Contact Information |
|---|---|---|---|---|
| 2682 Ashlynn Lane Hilliard, OH 43026 | State Farm | | Full Coverage | McClaskie 614-777-9777 |
| 2006 Chrysler Town and Country | State Farm | | Full Coverage | McClaskie 614-777-9777 |
| 2007 Ford Mustang Good condition | State Farm | | Full Coverage | McClaskie 614-777-9777 |
| 2007 Suzuki Boulevard Good condition | State Farm | | Full Coverage | McClaskie 614-777-9777 |

### G(7). Casualty Loss Insurance Proceeds (Substitution of Collateral).

If a motor vehicle is substantially damaged while subject to an unpaid secured claim, Debtor shall have the option, upon the filing of an appropriate motion, of using the proceeds of any insurance payable due to loss of the vehicle to: (i) repair the vehicle, (ii) pay off the balance of the secured claim if the secured creditor is a named loss payee on the policy, or (iii) substitute the collateral by purchasing a replacement vehicle. If Debtor purchases a replacement vehicle, the vehicle shall have a value not less than the balance of the unpaid secured claim, the lien of the creditor shall be transferred to the replacement vehicle, and the Trustee will continue to pay the allowed secured claim. Debtor may not purchase a replacement vehicle without Trustee and/or Court approval as required by LBR 4001-3(b)–(d).

### G(8). Post-Petition Debt.

Debtor shall not incur any non-emergency consumer debt in excess of $1,000 without Trustee and/or Court approval. LBR 4001-3(b)–(d).

H.     SPECIAL PROVISIONS

The Special Provisions listed below, if any, are restricted to those items applicable to Debtor's particular circumstances.

**NOTE:** Special Provisions shall **NOT** contain a restatement of provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure or the Local Bankruptcy Rules, nor shall this section contain boilerplate language regarding the treatment of mortgages, mortgage arrearages, proofs of claim, consumer protection provisions or the like.  *See* General Order No. 7.

| **Special Provisions:** |
| --- |
| **1.  Chela - Debtors' student loan debt shall be treated as a long term debt pursuant to 11 USC 1322(b)(5) and paid outside of the Plan.** |
| **2.** |
| **3.** |

The undersigned hereby certify(ies) that the Plan does not contain any alterations to the text of the Mandatory Form Plan, except as authorized by order of the Court.

Debtor
**/s/ Thomas R Rowe, Jr.**
**Thomas R Rowe, Jr.**

Dated:
**December 10, 2010**

Joint Debtor
**/s/ Darcy E Rowe**
**Darcy E Rowe**

Dated:
**December 10, 2010**

Case Attorney:
**/s/ John F. Cannizzaro**
**John F. Cannizzaro 0005096**
Dated:
**December 10, 2010**

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In Re:

| | |
|---|---|
| Thomas R. Rowe, Jr. | Case # 10-61205 |
| Darcy E. Rowe | Chapter 13 |
| Debtors | Judge Preston |

**NOTICE**

**Thomas & Darcy Rowe,** the Debtors herein, have filed papers with the Court on an Amended Chapter 13 Plan.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the Debtors' amended plan, or if you want the Court to consider your views on the amended plan, then on or before 21 days after the date of service contained in the Certificate of Service, you or your attorney must file a written response to the amended plan, explaining your position, at:

> United States Bankruptcy Court Clerk
> 170 N. High Street
> Columbus, OH 43215

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before time expires for filing the response.

You must also mail a copy to:

> John F. Cannizzaro, Attorney at Law
> 302 S. Main Street
> Marysville, OH 43040

Frank M. Pees, Chapter 13 Trustee
130 E. Wilson Bridge Rd. # 200
Worthington, OH  43085

U.S. Trustee's Office
170 N. High St., # 200
Columbus, OH  43215


    If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the amended plan and may enter an Order granting that relief.

Date   December 10, 2010

                                      <u>/s/ John F. Cannizzaro</u>
                                      John F. Cannizzaro
                                      Attorney at Law

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In Re:

    Thomas R. Rowe, Jr.                                    Case # 10-61205

    Darcy E. Rowe                                         Chapter 13

        Debtors                                            Judge Preston

**CERTIFICATE OF SERVICE**

        I hereby certify that on December 10, 2010 a copy of the foregoing Amended Chapter 13 Plan was served on the following registered ECF participants, electronically through the court's ECF system at the email address registered with the court:

Frank Pees, Chapter 13 Trustee
U.S. Trustee's Office

And on the following by ordinary U.S. Mail addressed to:

Thomas & Darcy Rowe, 2682 Ashlynn Lane, Hilliard, OH 43026
All creditors on the attached matrix

                                                                                    /s/ John F. Cannizzaro
                                                                                    John F. Cannizzaro #0005096
                                                                                    CANNIZZARO, BRIDGES,
                                                                                    JILLISKY & STRENG, LLC
                                                                                    302 South Main Street
                                                                                    Marysville, Ohio 43040
                                                                                    Telephone: 937-644-9125
                                                                                    Fax: 937-644-0754
                                                                                    jsheets@cfbjlaw.com

Label Matrix for local noticing
0648-2
Case 2:10-bk-61205
Southern District of Ohio
Columbus
Fri Dec 10 16:38:54 EST 2010

Recovery Management Systems Corporation
25 SE 2nd Avenue, Suite 1120
Miami, Fl 33131-1605

United States Bankruptcy Court
170 North High Street
Columbus, OH 43215-2414

American Bank
9001 Edmonston Road
Suite 199
Greenbelt, MD 20770-4074

Amex
c/o Beckett & Lee
Po Box 3001
Malvern, PA 19355-0701

Asst US Trustee (Col)
Office of the US Trustee
170 North High Street
Suite 200
Columbus, OH 43215-2417

(p)BB AND T
PO BOX 1847
WILSON NC 27894-1847

BB&T
Po Box 2027
Greenville, SC 29602-2027

(p)BMW FINANCIAL SERVICES
CUSTOMER SERVICE CENTER
PO BOX 3608
DUBLIN OH 43016-0306

Bank Of America
4060 Ogletown/Stanton Rd
Newark, DE 19713

Bmw Financial Services
5550 Britton Parkway
Hilliard, OH 43026-7456

Cap One Na
Attn: Bankruptcy
Po Box 30273
Salt Lake City, UT 84130-0273

Capital Management Service
726 Exchange St  #700
Buffalo, NY 14210-1464

Capital One, N.a.
C/O American Infosource
Po Box 54529
Oklahoma City, OK 73154-1529

Chase
Po Box 15298
Wilmington, DE 19850-5298

Chase Auto Finance
c/o Mary Lautenbach
National Bankruptcy Dept
201 N. Central Avenue AZ1-1191
Phoenix, AZ 85004-0073

Chase Bank USA, N.A.
PO Box 15145
Wilmington, DE 19850-5145

Chase Bank USA,N.A
c/o Creditors Bankruptcy Service
P O Box 740933
Dallas,Tx 75374-0933

Chase Manhattan
Attn:  Bankruptcy Research Dept
3415 Vision Dr
Columbus, OH 43219-6009

Chela
Attn: Bankruptcy
Po Box 9500
Wilkes-Barre, PA 18773-9500

Citibank Usa
Attn.: Centralized  Bankruptcy
Po Box 20363
Kansas City, MO 64195-0363

Citibank Usa/Home Depot
Attn.: Centralized  Bankruptcy
Po Box 20363
Kansas City, MO 64195-0363

Columbus Dod Fed Cu
3990 E Broad St
Columbus, OH 43213-1152

Columbus Metro Federal Credit Union
4000 E Broad St
Columbus OH 43213-1140

Department Stores National BankMacys
Bankruptcy Processing
PO Box 8053
Mason OH 45040-8053

Discover Bank
Dfs Services LLC
PO Box 3025
New Albany OH   430543025

Discover Fin
Attention: Bankruptcy Department
Po Box 3025
New Albany, OH 43054-3025

Fia Card Services NA As Successor In Interes
Bank of America NA and Mbna America Bank
1000 Samoset Drive
DE50230303
Newark DE 19713-6000

Ford Motor Credit Company LLC
PO Box 6275
Dearborn, MI 48121-6275

HSBC Mortgage Services
636 Grand Regency Blvd.
Brandon, FL 33510-3942

| | | |
|---|---|---|
| HSBC Mortgage Services, Inc.<br>servicer for 123 Loan LLC<br>PO Box 21188<br>Eagan MN 55121-0188 | Hsbc Best Buy<br>Attn: Bankruptcy<br>Po Box 5263<br>Carol Stream, IL 60197-5263 | Hsbc/ms<br>Po Box 3425<br>Buffalo, NY 14240-3425 |
| Kohls<br>Attn: Recovery Dept<br>Po Box 3120<br>Milwaukee, WI 53201-3120 | Macys/fdsb<br>Macy's Bankruptcy<br>Po Box 8053<br>Mason, OH 45040-8053 | Mortgage Electronic Registration Systems<br>P.O. Box 2026<br>Flint, MI 48501-2026 |
| National Capital Management, LLC.<br>8245 Tournament Drive<br>Suite 230<br>Memphis, TN 38125-1741<br>USA | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>POB 41067<br>Norfolk VA 23541-1067 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |
| Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Sallie Mae Inc. on behalf of<br>United Student Aid Funds, Inc.<br>Attn: Bankruptcy Litigation Unit E3149<br>P.O. Box 9430<br>Wilkes-Barre, PA 18773-9430 | Sams Club<br>Attention: Bankruptcy Department<br>Po Box 105968<br>Atlanta, GA 30348-5968 |
| Sears/cbsd<br>Po Box 20363<br>Kansas City, MO 64195-0363 | Shell Oil / Citibank<br>Attn.: Centralized  Bankruptcy<br>Po Box 20507<br>Kansas City, MO 64195-0507 | Darcy E Rowe<br>2682 Ashlynn Lane<br>Hilliard, OH 43026-9352 |
| Frank M Pees<br>130 East Wilson Bridge Road<br>Suite 200<br>Worthington, OH 43085-2391 | John F Cannizzaro<br>302 South Main Street<br>Marysville, OH 43040-1556 | Thomas R Rowe Jr.<br>2682 Ashlynn Lane<br>Hilliard, OH 43026-9352 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| BB&T<br>PO Box 1847<br>Wilson, NC 27894-1847 | BMW FINANCIAL SERVICES<br>PO BOX 3608<br>DUBLIN, OHIO 43016 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)HSBC Mortgage Services, Inc | (u)JPMorgan Chase Bank, NA | (u)BMW Bank of North America |

(d)Columbus Metro Federal Credit Union     End of Label Matrix
4000 E. Broad St                           Mailable recipients    47
Columbus, OH 43213-1140                    Bypassed recipients     4
                                           Total                  51